UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

v.                            ORDER ADOPTING
                              REPORT AND RECOMMENDATION

Nicholas James Worden,

        Defendant.         Crim. No. 10-243 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

Defendant's Motion to Suppress Statements, Admissions, and Answers [Docket No. 13] is DENIED.

DATED: November 3, 2010                        s/Michael J. Davis
At Minneapolis, Minnesota                Michael J. Davis, Chief Judge
                                                  United States District Court